# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

163170

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* DAVIS/ORR/URSERY/WALLER/
CUNINGAN, Minors.

SC: 163170
COA: 354120
Wayne CC Family Division:
 2013-514697-NA

_____/

     On order of the Court, the application for leave to appeal the May 27, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



b0810

Clerk